# IN THE SUPREME COURT OF THE STATE OF NEVADA

WESLIE HOSEA MARTIN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 77017

**FILED**

APR 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order revoking probation and amended judgment of conviction. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-17542

cc: Hon. Joseph Hardy, Jr., District Judge
Clark County Public Defender
Weslie Hosea Martin
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk